*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: February 2, 2017       522981
_____

In the Matter of MIKE WHITE,
               Petitioner,

      v                      MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
               Respondent.
_____

Calendar Date: November 29, 2016

Before: McCarthy, J.P., Egan Jr., Lynch, Rose and Mulvey, JJ.

_____

      Mike White, Stormville, petitioner pro se.

      Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

      Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

      Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Rodriguez v Prack, 142 AD3d

1235, 1235 [2016]).  Petitioner requests that his $15 reduced filing fee be refunded, and the record reflects that he paid that amount (see Matter of Gonzalez v Prack, 140 AD3d 1500, 1501 [2016]).

McCarthy, J.P., Egan Jr., Lynch, Rose and Mulvey, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.

ENTER:

Robert D. Mayberger
Clerk of the Court